UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

VINCENT FAGAN and ANTHONY GIANASCA, Individually and as Putative Class Representatives,

Plaintiffs,

v.

HONEYWELL INTERNATIONAL INC.,

Defendant.

Civil Action No.

05 10119 DPW

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of this Court, Defendant Honeywell International Inc. ("Honeywell") states as follows:

1. Honeywell is a publicly traded corporation.

2. Honeywell has no parent corporation.

3. State Street Bank & Trust owns more than 10% of the outstanding stock of Honeywell.

4. State Street Bank & Trust is a wholly-owned and principal subsidiary of State Street Corporation, which is a publicly traded company.

Respectfully submitted,
HONEYWELL INTERNATIONAL INC.,
Defendant,
By its attorneys,

/s/ William H. Kettlewell

William H. Kettlewell (BBO #270320)
David M. Osborne (BBO #564840)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 371-1000

Richard G. Parker
Ian Simmons
Benjamin G. Bradshaw
Charles E. Borden
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202) 383-5300

Dated: January 19, 2005

## CERTIFICATE OF SERVICE

I certify that on this 19th day of January, 2005, I caused copies of the foregoing CORPORATE DISCLOSURE STATEMENT to be served by first-class U.S. mail, postage prepaid on:

Robert J. Bonsignore
Robin Brewer
BONSIGNORE AND BREWER
23 Forest Street
Medford, MA 02155
(781) 391-9496

Jill S. Abrams
ABBEY GARDY, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
110 Juniper Street
San Diego, CA 92101-1502
(619) 687-6611

D. Michael Noonan
SHAHEEN & GORDON
P.O. Box 977
140 Washington Street
Dover, NH 03821-0977
(603) 749-5000

_____
David M. Osborne