UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT FAGAN and ANTHONY GIANASCA, Individually and as Putative Class Representatives,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | Civil Action No. 05-10119 DPW |

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S
MOTION FOR LEAVE TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.1(B)(3) of the Local Rules of the District of Massachusetts, Defendant Honeywell International Inc. ("Honeywell") requests leave of the Court to file a reply to the Plaintiffs' opposition to Defendant's Motion to Stay (the "Stay Motion"). Honeywell's reply accompanies this motion.

In support of this motion, Honeywell states that the Plaintiffs object to the Stay Motion on the grounds that it is both highly unusual and very prejudicial to them. A brief reply by Honeywell is necessary to address these arguments and to assist the Court in ruling on the Stay Motion.

WHEREFORE, Honeywell requests leave of the Court to file the accompanying reply.

        Respectfully submitted,
HONEYWELL INTERNATIONAL INC.,
By its attorneys,

/s/ David M. Osborne_____
William H. Kettlewell (BBO # 270320)
David M. Osborne (BBO #564840)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 371-1000

Richard G. Parker
Ian Simmons
Benjamin G. Bradshaw
Charles E. Borden
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202) 383-5300

Dated: February 18, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

      I, David M. Osborne, certify that on this 18th day of February, 2005, I attempted to confer with Robert J. Bonsignore, counsel for the Plaintiffs, in a good faith effort to resolve or narrow the issues raised in this motion but was unable to do so.

      /s/David M. Osborne  
      David M. Osborne