# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
IRVINE SPECTRUM
LONDON
LOS ANGELES

1625 Eye Street, NW
Washington, D.C. 20006-4001

TELEPHONE (202) 383-5300
FACSIMILE (202) 383-5414
www.omm.com

NEWPORT BEACH
NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO

February 18, 2005

OUR FILE NUMBER
394321-041

WRITER'S DIRECT DIAL
(202) 383-5106

**VIA OVERNIGHT MAIL**

WRITER'S E-MAIL ADDRESS
isimmons@omm.com

Honorable Douglas P. Woodlock
United States District Judge
U.S. District Court for the
District of Massachusetts
Courtroom 1, 3rd Floor
1 Courthouse Way
Boston, MA  02210

> Re: **Fagan v. Honeywell International Inc.**
>     **USDC Case No. 05-cv-10119-DPW**

Dear Judge Woodlock:

    I represent Honeywell International Inc. in the above referenced action.  I attach for the Court's information Judge Garvan's Order dated February 16, 2005, granting Honeywell's Motion to Stay and denying without prejudice Plaintiff's Motion to Remand in *Wright v. Honeywell International Inc.*, No. 1:05-cv-1 (D. Vt.).  *Wright* is a parallel action in the United States District Court for the District of Vermont.

O'MELVENY & MYERS LLP

Honorable Douglas P. Woodlock, February 18, 2005 - Page 2

Respectfully submitted,

Ian Simmons
of O'MELVENY & MYERS LLP

Attachment
cc: William H. Kettlewell, Dwyer & Collara, LLP
    Robert J. Bonsignore, Bonsignore & Brewer
    Robin Brewer, Bonsignore & Brewer
    Jill S. Abrams, Abbey Gardy, LLP
    Daniel J. Mogin, The Mogin Law Firm, P.C.
    D. Michael Noonan, Shaheen & Gordon, P.A.

RECEIVED
FEB 17 2005
DINSE, KNAPP &
McANDREW, P.C.

```
MIME-Version:1.0
From:cmecfhelpdesk@vtd.uscourts.gov
To:Courtmail@vtd.uscourts.gov
Bcc:david_legere@vtd.uscourts.gov,kris_long@vtd.uscourts.gov,mnoonan@shaheengordon.c
Message-Id:<76210@vtd.uscourts.gov>
Subject:Activity in Case 1:05-cv-00001-jgm Wright v. Honeywell International, Inc. "
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Vermont

Notice of Electronic Filing

The following transaction was received from kbl, entered on 2/16/2005 at 2:09 PM EST and filed on 2/16/2005

**Case Name:**     Wright v. Honeywell International, Inc.
**Case Number:**   1:05-cv-1
**Filer:**
**Document Number:** 19

**Docket Text:**
ORDER granting [4] Motion to Stay, denying without prejudice [9] Motion to Remand to State Court, granting [16] Motion to Withdraw as Attorney. Attorney Arend Richard Tensen terminated. Signed by Judge J. Garvan Murtha on 2/16/2005. (This is a text only Order.) (kbl, )

The following document(s) are associated with this transaction:

**1:05-cv-1 Notice will be electronically mailed to:**

D. Michael Noonan    mnoonan@shaheengordon.com, pattikretschmar@shaheengordon.com

**1:05-cv-1 Notice will be delivered by other means to:**

Karen McAndrew
Dinse, Knapp & McAndrew, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988