UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VINCENT FAGAN and ANTHONY
GIANASCA, Individually and as Putative
Class Representatives,

        Plaintiffs,

v.

HONEYWELL INTERNATIONAL INC.,

        Defendant.

Civil Action No. 05-10119 DPW

## ASSENTED-TO MOTION TO ADMIT ATTORNEYS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), David M. Osborne, a member in good standing of the bar of this Court, moves the Court to issue an Order permitting Ian Simmons, Richard G. Parker and Benjamin G. Bradshaw to appear on behalf of Defendant Honeywell International Inc. *pro hac vice* and to practice before this Court in the above-titled action. As stated in the accompanying Certificates of Good Standing, Mr. Simmons, Mr. Parker and Mr. Bradshaw are members in good standing of the bars noted within their respective certificates. As further stated in the Certificates of Good Standing, there are no disciplinary actions pending against any of the three attorneys, and each is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Copies of the Certificates of Good Standing for Mr. Simmons, Mr. Parker and Mr. Bradshaw are attached to this motion.

The Plaintiffs assent to this motion.

WHEREFORE, the undersigned counsel respectfully moves for the admission of Ian Simmons, Richard G. Parker and Benjamin G. Bradshaw to practice before this Court *pro hac vice*.

> Respectfully submitted,
> HONEYWELL INTERNATIONAL INC.,
> Defendant,
> By its attorneys,
>
> /s/ William H. Kettlewell
> William H. Kettlewell (BBO #270320)
> David M. Osborne (BBO #564840)
> DWYER & COLLORA, LLP
> 600 Atlantic Avenue
> Boston, Massachusetts 02210
> (617) 371-1000

Dated: March 18, 2005

## CERTIFICATE OF SERVICE

I certify that on this 18th day of March, 2005, I caused copies of the foregoing document to be served by first-class U.S. mail, postage prepaid on:

Robert J. Bonsignore
Robin Brewer
BONSIGNORE AND BREWER
23 Forest Street
Medford, MA 02155
(781) 391-9494

Jill S. Abrams
ABBEY GARDY, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
110 Juniper Street
San Diego, CA 92101-1502
(619) 687-6611

D. Michael Noonan
SHAHEEN & GORDON
P.O. Box 977
140 Washington Street
Dover, NH 03821-0977
(603) 749-5000

David M. Osborne