UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 MAR 18  P 3: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| VINCENT FAGAN and ANTHONY GIANASCA, Individually and as Putative Class Representatives,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | Civil Action No. 05-10119 DPW |

## CERTIFICATE OF GOOD STANDING

I, Ian Simmons, hereby certify as follows:

1.    I am an attorney with the law firm of O'Melveny & Myers LLP, which is located at 1625 Eye Street NW, Washington, DC 20006-4001.

2.    I represent Defendant Honeywell International Inc. in the above-captioned matter.

3.    I have been admitted to practice in and am a member in good standing in the jurisdictions of the District of Columbia (Bar. No. 439645) and the Commonwealth of Pennsylvania (Bar No. 64754).

4.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.    I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Signed under the pains and penalties of perjury this 3 day of March, 2005.

_____
Ian Simmons, Esq.