UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VINCENT FAGAN and ANTHONY
GIANASCA, Individually and as Putative
Class Representatives,

    Plaintiffs,

v.

HONEYWELL INTERNATIONAL INC.,

    Defendant.

Civil Action No. 05-10119 DPW

## CERTIFICATE OF GOOD STANDING

I, Benjamin G. Bradshaw, hereby certify as follows:

1. I am an attorney with the law firm of O'Melveny & Myers LLP, which is located at 1625 Eye Street NW, Washington, DC 20006-4001.

2. I represent Defendant Honeywell International Inc. in the above-captioned matter.

3. I have been admitted to practice in and am a member in good standing in the jurisdictions of the District of Columbia (Bar No. 460539) and California (Bar No. 189925).

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Signed under the pains and penalties of perjury this 15 day of March, 2005.

_____
Benjamin G. Bradshaw, Esq.

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 15th day of March, 2005

_____
Notary Public, D.C.
My commission expires July 31, 2007

LESLIE M. POELLNITZ
Notary Public District Of Columbia
My Commission Expires July 31, 2007

2