UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 18 P 3:56

U.S. DISTRICT COURT
DISTRICT OF MASS.

VINCENT FAGAN and ANTHONY GIANASCA, Individually and as Putative Class Representatives,

Plaintiffs,

v.

HONEYWELL INTERNATIONAL INC.,

Defendant.

Civil Action No. 05-10119 DPW

## CERTIFICATE OF GOOD STANDING

I, Richard G. Parker, hereby certify as follows:

1. I am an attorney with the law firm of O'Melveny & Myers LLP, which is located at 1625 Eye Street NW, Washington, DC 20006-4001.

2. I represent Defendant Honeywell International Inc. in the above-captioned matter.

3. I have been admitted to practice in and am a member in good standing in the jurisdictions of the District of Columbia (Bar No. 327544, Admitted 10/31/80) and the State of California (Bar No. 062356, Admitted 12/20/74).

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

2

Signed under the pains and penalties of perjury this 15 day of March, 2005.

_____
Richard G. Parker, Esq.