**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VINCENT FAGAN and ANTHONY GIANASCA, )<br>Individually and as Putative Class Representatives )<br>)<br>)<br>Plaintiffs,                                  )<br>)<br>v.                                                       )<br>)<br>HONEYWELL INTERNATIONAL INC.        )<br>)<br>Defendant.                              )<br>) | Civil Action No. 05-10119 DPW |

## PLAINTIFF VINCENT FAGAN'S RULE 16.1 CERTIFICATION

Vincent Fagan hereby confirms that he has conferred with counsel:

(a)    with a view to establishing a budget for the costs of conducting the full course –

and various alternative courses – of the litigation; and

(b)    to consider the resolution of the litigation through the uses of alternative dispute

resolution programs such as those outlined in LR 16.4.

_____          _____
Vincent Fagan                                              Robert J. Bonsignore, BBO# 547880
                                                                   BONSIGNORE & BREWER
                                                                   23 Forest Street
                                                                   Medford, MA 02155
                                                                   Tel: (781) 391-9400
                                                                   Fax: (781) 391-9496

Dated: April 22, 2005

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 22, 2005.

Robert J. Bonsignore