UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
VINCENT FAGAN and ANTHONY               )
GIANASCA, Individually and as Putative Class )
Representatives,                        )
                                        )
       Plaintiffs,                     )
                                        )
  v.                                    )
                                        )   Civil Action No. 05-10119 DPW
HONEYWELL INTERNATIONAL INC.,           )
                                        )
       Defendant.                      )
_____)

## LOCAL RULE 16.1(D)(3) CERTIFICATION

William H. Kettlewell and Richard G. Parker, counsel for Defendant Honeywell International Inc., and Margaret Magill, authorized representative of Honeywell International Inc., hereby certify and affirm that they have conferred: (1) with a view toward establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

| | |
|---|---|
| __/s/ William H. Kettlewell_____ | /s/ Margaret Magill_____ |
| William H. Kettlewell (BBO # 270320) | Margaret Magill |
| DWYER AND COLLORA LLP | HONEYWELL INTERNATIONAL INC. |
| 600 Atlantic Ave. | 101 Columbia Road |
| Boston, MA 02210 | Morristown, NJ 07962 |
| Phone: (617) 371-1005 | Phone: (952) 656-1679 |
| Fax: (617) 371-1037 | |

_/s/ Richard G. Parker_____
Richard G. Parker (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Phone: (202) 383-5300
Fax:  (202) 383-5414