600 Atlantic Avenue
Boston, Massachusetts 02210-2211

**Dvvyer & Collora, LLP**

Fax (617) 371-1
www.dwyercollora.com

**David M. Osborne**
(617) 371-1361
dosborne@dwyercollora.com

April 28, 2005

Michelle Rynne
Chambers of the Honorable Douglas P. Woodlock
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

Re:    Vincent Fagan et al. v. Honeywell International Inc., Civ. No.  10119 DPW

Dear Ms. Rynne:

A few moments ago I spoke with Robert Bonsignore, counsel for the plaintiffs in the above-captioned action.  Mr. Bonsignore agrees 1;hat, because this case will be consolidated in the Northern District of California along with related cases, the motion to remand pending before this Court should be addressed in the consolidated action.  Accordingly, the parties request that tomorrow's hearing on the motion to remand and scheduling conference be cancelled.

Sincerely,

David M. Osborne

cc:    All counsel of record